# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
SEP 18 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| COLTON WAYNE BEGGS,<br><br>Plaintiff,<br><br>vs.<br><br>THE CONTROL GROUP MEDIA COMPANY, INC., INSTANT CHECKMATE, LLC, and JOHN DOES "1-100",<br><br>Defendants. | CV 19-106-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation of Dismissal with Prejudice (Doc. 31), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED** with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 18th day of September, 2020.

Susan P. Watters
U. S. DISTRICT JUDGE

1